

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00349-CV

**IN RE** Greg **ABBOTT**, in his Official Capacity as Governor of the State of Texas,
Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
               Irene Rios, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: September 15, 2021

DISMISSED AS MOOT

On August 20, 2021, Relator filed a petition for writ of mandamus in which the only relief requested was to stay the trial court's August 12, 2021 temporary restraining order (TRO). Relator separately sought emergency relief to stay the TRO pending resolution of the petition.

On September 2, 2021, the TRO expired, and the trial court granted the real party in interest's request for a temporary injunction.

Because the only relief the petition sought was to stay the trial court's TRO, which has expired, Relator's petition for writ of mandamus is dismissed as moot. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2021-CVK-001517-D1, styled *City of Laredo v. Greg Abbott, in his official capacity as Governor of Texas*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Honorable José A. López presiding.